

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00625-CV

STEVEN MOODY, Appellant

V.

SPRING CHRYSLER DODGE JEEP RAM DEALERSHIP CO. AND AUTO
NATION CORPORATION, Appellees

Appeal from the 133rd Judicial District Court of Harris County, Texas (Tr. Ct.
Cause No. 2014-26991).

**TO THE 133RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY,
GREETINGS:**

Before this Court, on the 10th day of February, 2015, the cause upon appeal to
revise or to reverse your judgment was determined. This Court made its order in
these words:

> Appellant Steven Moody, has neither paid the required fee nor
> established indigence. After being notified that this appeal was
> subject to dismissal, the notice was returned to sender and
> appellant did not timely respond. It is therefore
> **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal
> be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Bland, and Massengale.

  **WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

